# United States Court of Appeals
## For the First Circuit

No. 23-1475

U.S. BANK N.A., as Trustee for the Registered Holders of the Structured Asset Securities Corporation, Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2003-BC11,

Plaintiff - Appellee,

v.

MASOUD SHAKOORI-NAMINY,

Defendant - Appellant,

BRENDA SHAKOORI-NAMINY; SAND CANYON CORPORATION; WILMINGTON TRUST, NA, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns Second Lien Trust 2007-SV1, Mortgage-Backed Certificates, Series 2007-SV1; HERITAGE CONCRETE CORP.; FIREPLACE LLC; STEPHEN E. MOTTAU; HALLINAN CAPITAL CORPORATION; SAND CANYON CORPORATION,

Defendants.

**ORDER OF COURT**

Entered: November 14, 2023
Pursuant to 1st Cir. R. 27.0(d)

Appellant is presently in default for failure to file a brief and appendix. It is ordered that if a brief and appendix are not filed on or before **November 28, 2023**, this case will be dismissed in accordance with 1st Cir. R. 45.0(a) for lack of prosecution.

By the Court:

Maria R. Hamilton, Clerk

cc:
Samuel Craig Bodurtha, Marissa I. Delinks, John B. Ennis, Christopher M. Lefebvre, John S. McNicholas, Brenda Shakoori-Naminy