NO. 23-1475

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

US BANK N.A., as Trustee for the Registered Holders of the Structured Asset Securities Corporation, Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2003-BC11,

Plaintiff-Appellee,

v.

MASOUD SHAKOORI-NAMINY,

Defendant-Appellant.

BRENDA SHAKOORI-NAMINY; SAND CANYON CORPORATION

Defendants

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

L.T. CASE NO. 1:17-CV-00394-WES

CORPORATE DISCLOSURE STATEMENT

Marissa I. Delinks, Bar Id. 111180
Samuel C. Bodurtha, Bar Id. 1171902
Hinshaw & Culbertson LLP
53 State Street, 27th Floor
Boston, MA 02109
Tel: 617-213-7000/Fax: 617-213-7001
mdelinks@hinshawlaw.com
sbodurtha@hinshawlaw.com

*Attorneys for Plaintiff-Appellee*

# CORPORATE DISCLOSURE STATEMENT

Plaintiff-Appellee - US BANK N.A., as Trustee for the Registered Holders of the Structured Asset Securities Corporation, Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2003-BC11, hereby certifies and identifies the following parent corporations and any publicly held corporations owning 10% or more of their stock: U.S. Bank, N.A. is a wholly-owned subsidiary of U.S. Bancorp, a publicly held Delaware corporation. U.S. Bancorp is traded on the New York Stock Exchange under the symbol "USB." No publicly held corporation owns ten percent or more of the stock in U.S. Bancorp.

Respectfully submitted,

Attorneys for Plaintiff-Appellee

By: Its Attorneys

/s/ *Marissa I. Delinks*
Marissa I. Delinks, Bar Id. 111180
Samuel C. Bodurtha, Bar Id. 1171902
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
617-213-7000
617-213-7001  (facsimile)
mdelinks@hinshawlaw.com
sbodurtha@hinshawlaw.com

Dated:     December 29, 2023

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 29, 2023.

*/s/ Marissa I. Delinks*
Marissa I. Delinks
Bar Id. 111180
