# CORPORATE DISCLOSURE STATEMENT

US BANK N.A., as Trustee for the Registered Holders of the Structured Asset Securities Corporation, Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2003-BC11, hereby certifies and identifies the following parent corporations and any publicly held corporations owning 10% or more of their stock: U.S. Bank, N.A. is a wholly-owned subsidiary of U.S. Bancorp, a publicly held Delaware corporation. U.S. Bancorp is traded on the New York Stock Exchange under the symbol "USB." No publicly held corporation owns ten percent or more of the stock in U.S. Bancorp.