# United States Court of Appeals
## For the First Circuit

No. 23-1475

U.S. BANK N.A., as Trustee for the Registered Holders of the Structured Asset Securities Corporation, Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2003-BC11,

Plaintiff - Appellee,

v.

MASOUD SHAKOORI-NAMINY,

Defendant - Appellant,

BRENDA SHAKOORI-NAMINY; SAND CANYON CORPORATION; WILMINGTON TRUST, NA, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns Second Lien Trust 2007-SV1, Mortgage-Backed Certificates, Series 2007-SV1; HERITAGE CONCRETE CORP.; FIREPLACE LLC; STEPHEN E. MOTTAU; HALLINAN CAPITAL CORPORATION; SAND CANYON CORPORATION,

Defendants.

**ORDER OF COURT**

Entered: September 4, 2024
Pursuant to 1st Cir. R. 27.0(d)

The reply brief filed by appellant Masoud Shakoori-Naminy on August 28, 2024 is not in compliance with the following Federal Rules of Appellate Procedure:

- **Fed. R. App. P. 32(g)(1)**, requiring that a brief submitted under Rule 32(a)(7)(B) include a certificate of compliance by the attorney, or an unrepresented party, that the brief complies with the type-volume limitation. The certificate must state either the number of words in the brief or the number of lines of monospaced type in the brief. *<u>The appellant's reply brief exceeds 15 pages, and the word count noted on the certificate of compliance exceeds the type volume limitation. A reply brief must contain no more than 6,500 words, pursuant to Fed. R. App. P.32(a)(7)(B), as amended on December 1, 2016.</u>*

Appellant Masoud Shakoori-Naminy is ordered to file a conforming reply brief by

**September 11, 2024**. The corrected brief must be served on all parties to the appeal.

By the Court:

Maria R. Hamilton, Clerk

cc:
Marissa I. Delinks
John S. McNicholas
Samuel Craig Bodurtha
John B. Ennis
Christopher M. Lefebvre
Brenda Shakoori-Naminy